# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 21-3110

———————————————

Jeffrey Charles Rodd

*Plaintiff - Appellant*

v.

K. Crandall, HS Asst.; Dr. Benjamin Rice; PA Ashley Peterson; C. Nickrenz; Captain J. Feda; United States of America

*Defendants - Appellees*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: February 9, 2022
Filed: February 14, 2022
[Unpublished]

————————

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

————————

PER CURIAM.

Former federal inmate Jeffrey Rodd brought this action under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), and the Federal Torts Claims Act against prison staff, alleging that they were deliberately indifferent to injuries he suffered when he fell out of his wheelchair in November 2014.

The district court[1] granted summary judgment dismissing Rodd's <u>Bivens</u> claims for failure to exhaust available administrative remedies, as he did not attempt to file formal grievances. <u>See</u> <u>Johnson v. Jones</u>, 340 F.3d 624, 627 (8th Cir. 2003). His alleged blindness did not excuse failure to exhaust because Bureau of Prisons regulations provide for assistance in obtaining administrative remedies, and Rodd did not allege that prison officials prevented him from seeking assistance. <u>See</u> 28 C.F.R. § 542.16(a). The court dismissed Rodd's Federal Tort Claims Act claims because this action was not filed within six months after the Bureau of Prisons denied the claim, <u>see</u> 28 U.S.C. § 2401(b); and Rodd was not entitled to equitable tolling because he failed to establish that anything prevented him from timely filing suit, <u>see</u> <u>Pace v. DiGuglielmo</u>, 544 U.S. 408, 418 (2005).

After careful review of the record, we agree with the district court's analysis. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.